Railway Company and others, and against Charles R. Flint and others. No opinion. Cases settled since argument.

BARTLETT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. June, 1899.) Action by Thaddeus S. Bartlett against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BATTERSBY v. COLLIER. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Jenyus C. Battersby against Peter F. Collier. No opinion. Motion to resettle granted, on terms stated in memorandum by the court.

BEAKES DAIRY CO., Respondent, v. GRAND CENTRAL REAL–ESTATE & INVESTMENT CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by the Beakes Dairy Company against the Grand Central Real-Estate & Investment Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Forster, for appellant. Richard L. Sweezy, for respondent.

LEVENTRITT, J. Judgment affirmed, with costs to the respondent. All concur.

BECKER, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Charles H. Becker against Joseph E. Weed and others. F. F. Neuman, for appellants. D. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BENTLEY, Appellant, v. GARDNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by William Bentley against Elisha W. Gardner, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs. All concur, except ADAMS, J., not voting. See 60 N. Y. Supp. 1056.

BERNSTEIN et al., Appellants, v. SOLOMONSON, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Abraham Bernstein and another against Israel Solomonson. Judgment for defendant, and plaintiffs appeal. Affirmed.

The following is the opinion of the court below (LAWRENCE, J.): "There should be judgment in this case for the defendant, dismissing the complaint on the merits, with costs and disbursements; the defendant having withdrawn the counterclaim set up in the answer. On the agreed state of facts it cannot be claimed that the defendant, if the contract is completed, will receive a marketable title. Fleming v. Burnham, 100 N. Y. 1, 2 N. E. 905; Moore v. Williams, 115 N. Y. 586, 22 N. E. 233, 5 L. R. A. 654. See, also, In re Roe, 119 N. Y. 509, 23 N. E. 1063, and In re Baer, 147 N. Y. 348, 41 N. E. 702. Draw decision and judgment accordingly, and settle on two days' notice."

L. S. Finn, for appellants. H. Wilson, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion in the court below.

BLACK v. SECOND AVE. R. CO. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Rasmus Black against the Second Avenue Railroad Company. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 631.

In re BOGART'S WILL. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) In the matter of proving the last will and testament of Elbert H. Bogart, deceased. No opinion. Reargument ordered to be had on next motion day (December 4, 1899) on the questions of the power of the surrogate's court to award the allowance to the contestants and the power of this court to award costs to them on appeal. Code Civ. Proc. § 2558, subd. 3; Id. § 2589. See 60 N. Y. Supp. 496.

BONNER, Appellant, v. DEANE, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by George S. Bonner against John H. Deane. E. T. Hassey, for appellant. J. A. Thompson, for respondent. No opinion. Judgment affirmed, with costs, with leave to the plaintiff to withdraw demurrer and reply in 20 days, on payment of costs in this court and in the court below.

BOON, Appellant, v. LIVINGSTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Norman P. Boon against Henry Livingston. No opinion. Judgment affirmed, with costs.

BOOTH et al., Respondents, v. GILLESPIE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Charles Booth and others against William Gillespie and others. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

BOOTH et al., Respondents, v. GILLESPIE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by Charles Booth and others against William Gillespie and others. No opinion. Motion to resettle order denied, without costs.

BOYAJIAN, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Term. November 29, 1899.) Action by Vanhan Z. M. Boyajian against Michael J. Kelly. From a judgment for plaintiff for less than the amount claimed, he appeals. Affirmed. Erdman, Levy & Mayer, for appellant. Daniel Daly, for respondent.

FREEDMAN, P. J. This action was brought to recover for broker's commissions in procuring a loan of $24,000 upon premises owned by the defendant. The defense was that the plaintiff agreed to procure the loan for the sum of $340, which amount was to cover broker's fees, attor